# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 18-cr-00198-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DOUGLAS WIELAND,

    Defendant.

## JOINT STIPULATION RE: GUIDELINES CALCULATION AND RESTITUTION

In Section VI.A. of the Plea Agreement, the defendant reserved the right to argue the tax loss was at least $100,000 but less than $250,000. The government's position was that the tax loss was at least $250,000 but less than $550,000. The parties now agree that the tax loss was at least $250,000 but less than $550,000, which results in a base offense level of 18 pursuant to Guidelines Sections 2T1.1 and 2T4.1(G).

The parties further agree to the following facts related to defendant's restitution obligation discussed on page 8 of the Plea Agreement:

| Tax year | Unreported Taxable Income | Tax Due |
|---|---|---|
| 2015 | $204,825 | $42,250 |
| 2016 | $320,420 | $83,284 |
| 2017 | $134,927 | $41,124 |
| Total | $660,172 | $166,658 |

Accordingly, the parties do not intend to present any evidence regarding the tax loss or restitution at the sentencing hearing.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division

Dated: January 29, 2019

By: s/*Lori A. Hendrickson*
LORI A. HENDRICKSON
Trial Attorney
U.S. Dept. of Justice, Tax Division
P.O. Box 972
Tel: (202) 514-2174
Fax: (202) 514-9623
Lori.A.Hendrickson@usdoj.gov

Dated: January 29, 2019

*s/Lisa A. Polansky*
Lisa A. Polansky
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record.

s/*Lori A. Hendrickson*
LORI A. HENDRICKSON
Trial Attorney
U.S. Dept. of Justice, Tax Division
P.O. Box 972
Tel: (202) 514-2174
Fax: (202) 514-9623
Lori.A.Hendrickson@usdoj.gov